# Court of Appeals
# of the State of Georgia

ATLANTA,  April 16, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1732. LORD JAMES CHRISTOPHER v. C. LATAIN KELL et al.**

Pretrial detainee Lord James Christopher has filed an original mandamus action in this Court against Cobb County Superior Court Judge C. LaTain Kell. Christopher asks this Court to compel Judge Kell to either recuse from the case or dismiss the pending charges.[1]

"Generally, the superior courts of this state have the power, in proper cases, to issue process in the nature of mandamus, prohibition, specific performance, quo warranto, and injunction, and hence the need to resort to the appellate courts for such relief by petition filed in the appellate courts will be extremely rare." *Brown v. Johnson*, 251 Ga. 436, 436 (306 SE2d 655) (1983); see Ga. Const. of 1983, Art. VI, Sec. I, Par. IV (providing that appellate courts have mandamus authority in aid of their jurisdiction). Moreover, mandamus will issue "only if (1) no other adequate legal remedy is available to effectuate the relief sought; and (2) the applicant has a clear legal right to such relief." *Bibb County v. Monroe County*, 294 Ga. 730, 734 (2) (755 SE2d 760) (2014).

This is not one of the extremely rare instances in which this Court will exercise original mandamus jurisdiction. See *Gay v. Owens*, 292 Ga. 480, 482-483 (2) (738 SE2d 614) (2013). Until such time as Christopher has pursued relief in superior court and obtained a ruling thereon, there is no basis for this Court to exercise jurisdiction.

---

[1] Christopher previously filed a similar original mandamus action in this Court, which was dismissed. See Case No. A19A0852 (Jan. 16, 2019).

See *Brown*, 251 Ga. at 436. Accordingly, this petition for writ of mandamus is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   04/16/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*